1  Kenneth C. Ward (Bar No. 63131)
   kcward@archernorris.com
2  John L. Kortum (Bar No. 148573)
   jkortom@archernorris.com
3  Matthew D. Barnette (Bar No. 264954)
   mbarnette@archernorris.com
4  ARCHER NORRIS
   2033 North Main Street, Suite 800
5  Walnut Creek, CA  94596-3759
   Telephone:     925.930.6600
6  Facsimile:     925.930.6620

7  **Attorneys for Defendants**
   UNITED STATES OF AMERICA, DEPARTMENT
8  OF JUSTICE and NATIONAL PARK SERVICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROGER MANN, an individual; SHERRIE MANN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.  **1:13-cv-01827-AWI-SAB** <br><br> **AMENDED STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

Defendant UNITED STATES OF AMERICA and Plaintiffs ROGER MANN and SHERRIE MANN (collectively, the "Parties") by and through their counsel of record in this action, hereby agree and stipulate as follows:

To continue the February 18, 2014 deadline to file a Joint Scheduling Report until April 29, 2014 and to continue the Scheduling Conference currently set for February 25, 2014 until May 6, 2014.

AIGX023/1749550-1

STIP: CONTINUING SCHEDULING CONF
1:13-CV-01827-AWI-SAB

**I.**
**RELEVANT PROCEDURAL BACKGROUND**

Plaintiffs Roger Mann and Sherrie Mann filed their complaint within the United States District Court Eastern District of California on November 12, 2013. As detailed within the complaint, this case involves damages arising from the contraction of the Hantavirus. (Complaint, ¶10). On November 13, 2013, this Court issued an Order Setting a Mandatory Scheduling Conference for February 25, 2014. Defendant United States of America filed its answer to Plaintiffs' complaint on January 27, 2014.

Since filing this answer, Defendant United States of American has received an amended pleading alleging similar factual information in a hantavirus case filed in Middle District of Pennsylvania (case NO: 4:13-CV-2611), notice of a future hantavirus complaint against Defendant USA in the Eastern District of California (related to case NO: 1:13-cv-00298-AWI-SKO), and indication of a similar case in the Northern District of California.

Based on these known cases, along with future anticipated related actions pending in different districts covering one or more common questions of fact, Defendant United States of America is in the process of seeking the transfer of all actions to the Eastern District of California for Multidistrict Litigation pursuant to 28 U.S.C. § 1407.

If the transfer request is approved, a Multidistrict Litigation panel will assist the parties in resolving disputed facts, ruling on defenses, coordinating discovery deadlines, and setting pre-trial matters. As noted within the 28 U.S.C. § 1407, the transfers for such proceedings is intended for the convenience of parties and witnesses and will promote the just and efficient conduct of such actions. As a result, the parties stipulate that it may be premature to agree upon items #1-13 as requested within this court's November 13, 2013 scheduling order.

**II.**
**AUTHORITY FOR STIPULATION**

Based on this procedural history and anticipated future handling, pursuant to Federal Rules of Civil Procedure Rule 16(b), good cause exists to extend the deadline to file a Joint Scheduling Report and good cause exists to continue the Scheduling Conference until the dates requested by the parties or until dates convenient within this Court's calendar.

AIGX023/1749550-1          2          STIP: CONTINUING SCHEDULING CONF
                                      1:13-CV-01827-AWI-SAB

Pursuant to Local Rule 144(d), the parties sought to obtain a necessary extension from the Court as soon as the need for an extension became apparent. Pursuant to Local Rule 144(b), no prior stipulations regarding the Scheduling Conference has been executed by the parties.

IT IS SO STIPULATED.

Dated: February 10, 2014                    ARCHER NORRIS APLC

*/s/ K.C. Ward*
Kenneth C. Ward
John L. Kortum
Matthew D. Barnette
**Attorneys for Defendants**
UNITED STATES OF AMERICA,
DEPARTMENT OF JUSTICE and
NATIONAL PARK SERVICE

Dated: February 10, 2014                    CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP

*/s/ Robert W. Thompson*
ROBERT W. THOMPSON,
CHARLES S. RUSSELL
BRYAN S. OWENS
Attorneys for Plaintiffs
ROGER MANN and SHERRIE MANN

**IT IS ORDERED** that the forgoing Agreement is approved.

The Joint Scheduling Report shall be filed by April 29, 2014

The Scheduling Conference is now set for May 6, 2014 at 3:30 p.m.

IT IS SO ORDERED.

Dated:   **February 12, 2014**                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

AIGX023/1749550-1                          3                    STIP: CONTINUING SCHEDULING CONF
                                                                       1:13-CV-01827-AWI-SAB