1  ROBERT W. THOMPSON, Esq. (CA SBN 106411)
   CHARLES S. RUSSELL, ESQ. (CA SBN 233912)
2  BRYAN S. OWENS, ESQ. (CA SBN 277909)
   **CALLAHAN, THOMPSON, SHERMAN**
3    **& CAUDILL, LLP**
   2601 Main Street, Suite 800
4  Irvine, California 92614
   Tel    :      (949)   261-2872
5  Fax    :      (949)   261-6060
   Email  :      rthompson@ctsclaw.com
6                crussell@ctsclaw.com
                 bowens@ctsclaw.com
7

8  Attorneys for Plaintiffs,
   **ROGER MANN and SHERRIE MANN**
9

10                         **UNITED STATES DISTRICT COURT**

11                         **NORTHERN DISTRICT OF CALIFORNIA**

12                             **SAN FRANCISCO DIVISION**

| IN RE: YOSEMITE NATIONAL PARK HANTAVIRUS LITIGATION | MDL Docket No. C 14-2532 MMC |
|---|---|
|  | Hon. Maxine M. Chesney<br>Courtroom 7 |
| THIS DOCUMENT RELATES TO:<br><br>MANN V. UNITED STATES OF AMERICA<br>Case No. 3:14-cv-02828-MMC | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AND SERVE FIRST AMENDED COMPLAINT** |

       PLAINTIFFS' MOTION FOR LEAVE TO FILE AND SERVE FIRST AMENDED

COMPLAINT was taken under submission by this Court.

       Having reviewed the plaintiffs' moving papers, and ~~the responding papers,~~ defendant's statement of non-opposition, and good cause

appearing therefore:

       IT IS HEREBY ORDERED that PLAINTIFFS' MOTION FOR LEAVE TO FILE AND

---

[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE AND SERVE FIRST AMENDED
COMPLAINT

- 1 -

1  SERVE FIRST AMENDED COMPLAINT is **granted**.

2      Plaintiffs' First Amended Complaint shall be filed by way of CM/ECF on or before

3  August 22, 2014.

4

5  DATED: August 14, 2014

                                    Hon. Maxine M. Chesney
                                    United States District Judge